SIMPSON v. WILSON.

In a proceeding to obtain execution upon a judgment, under 2 R. S., § 406, p. 129, the written notice, showing the names of the parties, the date and amount of the judgment, &c., is a sufficient complaint.

On the hearing of such an application, the *ex parte* affidavit of the plaintiff should not be received; he should be examined orally, under oath.

*Friday,
June 14.*

APPEAL from the *Henry* Common Pleas.

*Per Curiam.*—In *October*, 1853, *Charles G. Wilson* obtained judgment against *Green T. Simpson*, in the *Henry* Common Pleas. In *June*, 1859, said *Wilson* notified *Simpson* to appear to a motion that he, said *Wilson*, was going to make, to obtain execution against him on the judgment, under 2 R. S., § 406, p. 129. The notice stated in whose favor the judgment was, when rendered, its amount, &c. On the hearing, the plaintiff, *Wilson*, filed his affidavit that the judgment had not been paid. The Court ordered execution to issue. *Simpson*, at the proper time, and in the proper manner, raised these two questions: 1. That a complaint, as in ordinary suits, should have been filed. We think the notice was a sufficient complaint. 2. That the *ex parte* affidavit of the plaintiff was not the proper proof of the non-payment of the judgment. We think the party should have been sworn on the hearing.

The judgment is reversed, with costs. Cause remanded, &c.

*W. Grose*, for the appellant.